CENTRAL VERMONT RAILROAD ET AL. *v.* UNITED STATES (No. 2072).[1]

OAT HULLS, GROUND, PARAGRAPH 192, TARIFF ACT OF 1913—NONENUMERATED MANUFACTURES, PARAGRAPH 385.

Following Tower & Sons et als. *v.* United States, decided concurrently herewith, hulls ground from oats as a by-product in the manufacture, from the kernels, of oatmeal, rolled oats, and Quaker oats, are dutiable as "oat hulls" under paragraph 192, tariff act of 1913, and not as nonenumerated manufactures under paragraph 385.

United States Court of Customs Appeals, February 4, 1921.

APPEAL from Board of United States General Appraisers, Abstract 43851.

[Reversed.]

*Allan R. Brown* for appellants.
*Bert Hanson*, Assistant Attorney General, for the United States.

[Oral argument Jan. 20, 1921, by Mr. Hanson.]

Before SMITH, BARBER, DE VRIES, and MARTIN, Judges.

SMITH, Judge, delivered the opinion of the court:

The record in this case raises questions substantially the same as those involved in Tower & Sons et als. *v.* United States, suit No. 2071, and the conclusions there reached require that this appeal should be determined against the Government.

The decision of the board is therefore *reversed*.